Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Walker Digital, LLC  v. Expedia, Inc.

No. 13-1520

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- [ ] Pro Se
- [✓] As counsel for: American Airlines, Inc.
  Name of party

I am, or the party I represent is (select one):

- [ ] Petitioner
- [ ] Respondent
- [ ] Amicus curiae
- [ ] Cross Appellant
- [ ] Appellant
- [✓] Appellee
- [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

- [ ] Petitioner or appellant
- [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | John B. Campbell |
| Law firm: | McKool Smith, PC |
| Address: | 300 W 6th Street, Suite 1700 |
| City, State and ZIP: | Austin, Texas 78701 |
| Telephone: | 512-692-8730 |
| Fax #: | 512-692-8744 |
| E-mail address: | jcampbell@mckoolsmith.com |

Statement to be completed by counsel only (select one):

- [✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- [ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/12/2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

- [ ] Yes
- [✓] No

- [ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/3/2013
Date

_/s/ John B. Campbell_
Signature of pro se or counsel

cc: All Counsel of Record Via CM/ECF

123