NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**EXPEDIA, INC.,**
*Defendant-Appellee,*

AND

**AMAZON.COM, INC.,**
*Defendant-Appellee,*

AND

**AMERICAN AIRLINES, INC.,**
*Defendant-Appellee,*

AND

**ZAPPOS.COM, INC.,**
*Defendant-Appellee.*

———————————

2013-1520

———————————

Appeal from the United States District Court for the District of Delaware in No. 11-CV-0313, Judge Sue L. Robinson.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of Walker Digital, LLC's unopposed motions for extensions of time to file its opening brief,

IT IS ORDERED THAT:

1)  The motions are denied as unnecessary.

2)   Briefing is suspended pursuant to Fed. Cir. Rule 31(c).

FOR THE COURT

/s/  Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s25