No. 2013-1520
_____

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
_____

WALKER DIGITAL, LLC,

                                       Plaintiffs-Appellants,

v.

EXPEDIA, INC., et al.

                                       Defendants-Appellees.
_____

Appeal from the United States District Court for the District of Delaware
Case No. 11-313-SLR, Judge Sue L. Robinson
_____

### PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
### NOTICE OF MOTION AND ORDER IN THE DISTRICT COURT

Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO  63101
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois  60462
teg@innovalawpc.com

Counsel for Plaintiff-Appellant
WALKER DIGITAL, LLC

Dated:  October 25, 2013

# PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
# NOTICE OF MOTION AND ORDER IN THE DISTRICT COURT

On October 18, 2013, Plaintiff- Appellant Walker Digital, LLC notified the Court that the district court issued an Order on Defendants-Appellees' Motion for Attorneys' Fees and Dismissal with Prejudice. (Doc. 41.) On October 22, 2013, Defendants-Appellees filed a Motion for Clarification of the district court's Order on Defendants-Appellees' Motion for Attorneys' Fees and Dismissal with Prejudice, (Case 1:11-cv-00313-SLR, Doc. 345), which is attached as Exhibit A. On October 25, 2013, the district court issued an order on Defendants'-Appellees' Motion for Clarification, (Case 1:11-cv-00313-SLR, Doc. 346), which is attached as Exhibit B.

Dated: October 25, 2013

Respectfully submitted,

/s/ Michael P. Kella
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois  60462
teg@innovalawpc.com

Counsel for Plaintiff-Appellant
WALKER DIGITAL, LLC

## **CERTIFICATE OF SERVICE**

I certify that on October 25, 2013, the foregoing document: PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S NOTICE OF MOTION AND ORDER IN THE DISTRICT COURT was served on all parties or their counsel of record via all parties or their counsel of record via the Court's CM/ECF system at the email addresses listed below:

Jeffrey S. Love
Garth A. Winn
Klaus H. Hamm
Kristen L. Reichenbach
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
jeffrey.love@klarquist.com
garth.winn@klarquist.com
klaus.hamm@klarquist.com
kristen.reichenbach@klarquist.com
COUNSEL FOR AMAZON.COM,
INC. AND ZAPPOS.COM, INC.

Ahmed J. Davis
Fish & Richardson, P.C.
1425 K Street, N.W.
Washington, DC  20005
ajd@fr.com
COUNSEL FOR EXPEDIA, INC.

Neil McNabnay
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
mcnabnay@fr.com
COUNSEL FOR EXPEDIA, INC.

John B. Smith
McKool Smith, P.C.
300 W. 6th Street, Ste. 1700
Austin, TX 78701
jcampbell@mckoolsmith.com


　　　　　/s/ Michael P. Kella
　　　　　Michael P. Kella