**2013-1520**

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

WALKER DIGITAL, LLC,

*Plaintiff-Appellant,*

v.

EXPEDIA, INC. et al.,

*Defendants-Appellees,*

_____

Appeal from the United States District Court for the District of Delaware
in Case No. 11-CV-313-SLR, Judge Sue L. Robinson.

_____

## NOTICE OF TERMINATION OF AUTOMATIC STAY

| | |
|---|---|
| Mike McKool | John B. Campbell |
| *Principal Attorney* | McKOOL SMITH, P.C. |
| Phillip Aurentz | 300 W. 6th Street, Suite 1700 |
| Ivan Wang | Austin, Texas  78701 |
| McKOOL SMITH, P.C. | (512) 692-8700 |
| 300 Crescent Court, Suite 1500 | |
| Dallas, TX 75201 | *Attorneys for Defendant American* |
| (214) 978-4000 | *Airlines* |

January 7, 2014

PLEASE TAKE NOTICE that on July 19, 2013, Walker Digital LLC's ("**Plaintiff-Appellant**") Appeal was docketed against American Airlines ("**Defendant**") asserting claims for allegedly infringing one or more claims of U.S. Patent No. 7,827,056 by making, using, offering for sale, selling, and/or importing apparatuses and/or practicing methods that provide cross benefits during a transaction including, without limitation, that provide American Airlines' customers/users with the ability to get discounted travel by applying for cross-promotions, such as a credit card..

PLEASE TAKE FURTHER NOTICE beginning on November 29, 2011, AMR Corporation and its related debtors, as debtors and debtors in possession (collectively, the "**Debtors**") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtors' chapter 11 cases are jointly administered under case number 11-15463 (SHL).

PLEASE TAKE FURTHER NOTICE the commencement of the Debtors' chapter 11 cases triggered the automatic stay set forth under section 362(a) of the Bankruptcy Code, which "operates as a stay applicable to all entities of – (1) the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the" bankruptcy case.  11 U.S.C. §362(a).

PLEASE TAKE FURTHER NOTICE that on December 1, 2011, the Debtors filed a Suggestion of Bankruptcy with the District Court, providing all parties notice of the chapter 11 cases and the automatic stay.  This action has remained stayed since that filing.

PLEASE TAKE FURTHER NOTICE that on October 21, 2013, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order Pursuant to Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Fourth Amended Joint Chapter 11 Plan (ECF Nos. 10361, 10367) (the "**Confirmation Order**"), which, among other things, confirmed the Plan.[1]

---

[1] Due to its volume, AMR Corporation and its related debtors do not attach the Plan or the Confirmation Order to this Notice, however, all documents filed on the docket of the chapter 11 cases are publicly available free of charge at www.amrcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that pursuant to the Notice of (I) Entry of Order Confirming Debtors' Fourth Amended Joint Chapter 11 Plan and (II) Occurrence of Effective Date (ECF No. 11402), attached as **Exhibit "A,"** the effective date of the Plan was December 9, 2013 (the "**Effective Date**").

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 55 of the Confirmation Order, the automatic stay was to remain in effect until the Effective Date.

PLEASE TAKE FURTHER NOTICE that due to the occurrence of the Effective Date the automatic stay is no longer in effect for this case.

PLEASE TAKE FURTHER NOTICE that any questions in connection with this Notice should be directed to the undersigned counsel.

Date: January 7, 2014			Respectfully submitted,

/s/ John B. Campbell  
John B. Campbell  
McKOOL SMITH, P.C.  
300 W. 6th Street, Suite 1700  
Austin, Texas  78701  
(512) 692-8700  

Mike McKool  
*Principal Attorney*  
Phillip Aurentz  
Ivan Wang  
McKOOL SMITH, P.C.  
300 Crescent Court, Suite 1500  
Dallas, TX 75201  
(214) 978-4000  

*Attorneys for Defendant American Airlines*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Termination of Automatic Stay of Defendant American Airlines was served through the Court's ECF system on January 7, 2014 to all counsel of record as follows:

Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
teg@innovalawpc.com
Counsel for Plaintiff-Appellant
WALKER DIGITAL, LLC

Jeffrey S. Love
Garth A. Winn
Klaus H. Hamm
Kristen L. Reichenbach
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
jeffrey.love@klarquist.com
garth.winn@klarquist.com
klaus.hamm@klarquist.com
kristen.reichenbach@klarquist.com
COUNSEL FOR AMAZON.COM,
INC. AND ZAPPOS.COM, INC.

Ahmed J. Davis
Fish & Richardson, P.C.
1425 K Street, N.W.
Washington, DC 20005
ajd@fr.com
COUNSEL FOR EXPEDIA, INC.

Neil McNabnay
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
mcnabnay@fr.com
COUNSEL FOR EXPEDIA, INC.

Date: January 7, 2014

/s/ John B. Campbell
John B. Campbell