# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

WALKER DIGITAL, LLC,

                                                                   Plaintiff-Appellant,

v.

EXPEDIA, INC. et al.,

                                                       Defendants-Appellees.

_____

No. 2013-1520

_____

Appeal from the United States District Court for the District of Delaware in Case No. 11-cv-313-SLR, Judge Sue L. Robinson

---

WALKER DIGITAL, LLC,

                                                       Plaintiff-Appellant,

v.

AMAZON.COM, INC.,

                                                       Defendant-Appellee.

_____

No. 2013-1521

_____

Appeal from the United States District Court for the District of Delaware in Case No. 12-cv-140-SLR, Judge Sue L. Robinson

---

WALKER DIGITAL, LLC,

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellant,

v.

BARNES & NOBLE, INC.,

　　　　　　　　　　　　　　　　　　　　　　　　Defendant-Appellee.
_____

No. 2013-1522
_____

Appeal from the United States District Court for the District of Delaware in Case No. 12-cv-141-SLR, Judge Sue L. Robinson

--------------------------------------------------------------------------------

WALKER DIGITAL, LLC,

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellant,

v.

EXPEDIA, INC.,

　　　　　　　　　　　　　　　　　　　　　　　　Defendant-Appellee.
_____

No. 2013-1523
_____

Appeal from the United States District Court for the District of Delaware in Case No. 12-cv-142-SLR, Judge Sue L. Robinson
_____

## PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF

Plaintiff-Appellant Walker Digital, LLC ("Walker Digital") files this motion for a seventeen (17) day extension of time to file its consolidated opening brief in Appeal Nos. 2013-1520, 2013-1521, 2013-1522, and 2013-1523, and states as follows:

1.     On July 19, 2013, Walker Digital appealed the District Court's June 19, 2013 Memorandum Opinion and Order granting Defendants' Motion to Dismiss Under Rule 12(b)(1) for Lack of Standing.  (*See* No. 11-cv-313, Doc. 322; No. 12-cv-140, Doc. 114; No. 12-cv-141, Doc. 90; No. 12-cv-142, Doc. 82.) These appeals are docketed as Fed. Cir. Nos. 2013-1520, 2013-1521, 2013-1522, and 2013-1523 ("the Group I Appeals").  On November 27, 2013, the Court entered an order consolidating the Group I Appeals for briefing purposes and setting December 27, 2013 as the date for Walker Digital to file its consolidated opening brief in the Group I Appeals.  (Nos. 2013-1520, Doc. 46; 2013-1521, Doc. 31; 2013-1522, Doc. 33; 2013-1523, Doc. 32.)

2.     On November 11, 2013, Walker Digital appealed the District Court's subsequent Memorandum Order concerning Defendants' Motion for Clarification of the Court's October 16, 2013 Order.  (*See* No. 11-cv-313, Doc. 347; No. 12-cv-140, Doc. 138; No. 12-cv-141, Doc. 113; No. 12-cv-142, Doc. 104.)  These appeals are docketed as Fed. Cir. Nos. 2014-1077, 2014-1080, 2014-1081, and

2014-1090 ("the Group II Appeals"). Walker Digital's opening brief in the Group II Appeals was originally due on January 13, 2014, with the exception of No. 2014-1090, which was due on January 14, 2014.

     3.     On December 13, 2013, Walker Digital filed an unopposed Motion to Consolidate the Group I and Group II Appeals, and for an extension of time to file its opening brief, requesting that the consolidated Group I and Group II opening brief be due on February 27, 2014. (Group I Appeals: Nos. 2013-1520, Doc. 47; Group II Appeals: Nos. 2014-1077, Doc. 14; 2014-1080, Doc. 26; 2014-1081, Doc. 13; and 2014-1090, Doc. 13.) In the event that the Court denied Walker Digital's request for consolidation, Walker Digital requested in the alternative that the deadline for the opening brief in the Group I Appeals be extended to February 10, 2014, and the deadline for the opening brief in the Group II Appeals be extended to February 27, 2014. (Nos. 2013-1520, Doc. 47.) The Court has not yet ruled on Walker Digital's motion for consolidated of the Group I and Group II Appeals and for extension of the deadline to file its consolidated opening brief.

     4.     Walker Digital requests that the deadline for the opening brief in the Group I Appeals be extended until February 27, 2014.

     5.     As set forth in the attached declaration, good cause exists for the requested extension because the Court has not yet ruled on the Motions for Consolidation of the Group I and Group II Appeals and extension of the deadline

to file opening briefs, (Group I Appeals: Nos. 2013-1520, Doc. 47; Group II Appeals: Nos. 2014-1077, Doc. 14; 2014-1080, Doc. 26; 2014-1081, Doc. 13; and 2014-1090, Doc. 13). Thus, Walker Digital seeks to avoid a situation where it files its opening brief in the Group I Appeals and the Group I Appeals and Group II Appeals are later consolidated.

6. Walker Digital previously requested an unopposed thirty-one (31) day extension of time to file its opening brief in the Group I Appeals, (Nos. 2013-1520, Doc. 31; 2013-1521, Doc. 24; 2013-1522, Doc. 24; 2013-1523, Doc. 25), which, with the exception of Case No. 13-1523 which was granted, was denied as unnecessary in light of the fact that briefing was suspended under Fed. Cir. R. 31(c). (Nos. 2013-1520, Doc. 42; 2013-1521, Doc. 28; 2013-1522, Doc. 29; 2013-1523, Doc. 28.) Walker Digital also previously requested a forty-five (45) day extension of time to file its opening brief in the Group I Appeals, in the event that the Court did not consolidate the Group I and II Appeals, (No. 2013-1520, Doc. 47), which has not yet been ruled upon.

7. Walker Digital informed counsel for Defendants-Appellees of its intent to seek the requested extension. Defendants-Appellees stated that they do not believe there is any deadline to extend, but that they will not be filing a response in opposition to this motion.

Dated:  February 3, 2014

Respectfully submitted,

/s/ *Michael P. Kella*
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
Timothy D. Krieger
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri  63101
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com
tkrieger@simonlawpc.com

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
teg@innovalawpc.com

*Counsel for Plaintiff-Appellant Walker Digital, LLC*

/s/ *Benjamin T. Wang*
Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com

*Counsel for Plaintiff-Appellant Walker Digital, LLC*

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant Walker Digital, LLC certifies the following:

1. The full name of every party or amicus represented by me is:

Walker Digital, LLC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: N/A.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

**The Simon Law Firm, P.C.**
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
Timothy D. Krieger

**InnovaLaw, P.C.**
Timothy E. Grochocinski

**Bayard, P.A.**
Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes

**RUSS, AUGUST & KABAT**
Marc A. Fenster
Benjamin T. Wang

Dated:  February 3, 2014         Respectfully submitted,

/s/ *Michael P. Kella*
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
Timothy D. Krieger
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri  63101
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com
tkrieger@simonlawpc.com

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
teg@innovalawpc.com

*Counsel for Plaintiff-Appellant Walker Digital, LLC*

/s/ *Benjamin T. Wang*
Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
bwang@raklaw.com

*Counsel for Plaintiff-Appellant Walker Digital, LLC*

# DECLARATION OF MICHAEL P. KELLA
# IN SUPPORT OF PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
# MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF

I, Michael P. Kella, declare as follows:

1.  I am an attorney at The Simon Law Firm, P.C. and am counsel for Plaintiff-Appellant Walker Digital, LLC ("Walker Digital") in the Group I Appeal docketed as Fed. Cir. No. 2013-1520 and Group II Appeal docketed as Fed. Cir. No. 2014-1080.

2.  The Court has not yet ruled on the Motions for Consolidation of the Group I and Group II Appeals and extension of the deadline to file opening briefs. (Group I Appeals: Nos. 2013-1520, Doc. 47; Group II Appeals: Nos. 2014-1077, Doc. 14; 2014-1080, Doc. 26; 2014-1081, Doc. 13; and 2014-1090, Doc. 13.) Walker Digital therefore seeks to avoid a situation where it files an opening brief in the Group I Appeals, and the Group I and Group II Appeals are later consolidated.

3.  Walker Digital informed counsel for Defendants-Appellees of its intent to seek the requested extension. Defendants-Appellees stated that they do not believe there is any deadline to extend, but that they will not be filing a response in opposition to this motion.

4.  I, Michael P. Kella, declare, in accordance with 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct.

Dated:  February 3, 2014                     /s/ *Michael P. Kella*
                                              Michael P. Kella

# CERTIFICATE OF SERVICE

I certify that on February 3, 2014, the foregoing document:

**PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S UNOPPOSED MOTION TO CONSOLIDATE APPEALS AND FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

was served on all parties or their counsel of record via all parties or their counsel of record via the Court's CM/ECF system at the email addresses listed below:

Jeffrey S. Love
jeffrey.love@klarquist.com

Klaus H. Hamm
klaus.hamm@klarquist.com

Kristen L. Reichenbach
kristen.reichenbach@klarquist.com

Garth A. Winn
garth.winn@klarquist.com

*Counsel for Defendants-Appellees Amazon.com, Inc. and Zappos.com, Inc.*

John B. Campbell
jcampbell@mckoolsmith.com

*Counsel for Defendant-Appellee American Airlines, Inc*

.

Ahmed J. Davis
davis@fr.com

Neil J. McNabnay
mcnabnay@fr.com

*Counsel for Defendant-Appellee Expedia, Inc.*

Philip A. Rovner
provner@potteranderson.com

Jonathan A. Choa
jchoa@potteranderson.com

*Counsel for Defendants-Appellees Barnes & Noble, Inc.*

/s/ *Michael P. Kella*
Michael P. Kella

13