NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**EXPEDIA, INC.,**
*Defendant-Appellee,*

AND

**AMAZON.COM, INC.,**
*Defendant-Appellee,*

AND

**AMERICAN AIRLINES, INC.,**
*Defendant-Appellee,*

AND

**ZAPPOS.COM, INC.,**
*Defendant-Appellee.*

2013-1520, 2014-1080

Appeals from the United States District Court for the District of Delaware in No. 11-CV-0313, Judge Sue L. Robinson.

-----------------------------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellee.*

────────────────────

2013-1521, 2014-1077

────────────────────

Appeals from the United States District Court for the District of Delaware in No. 12-CV-0140, Judge Sue L. Robinson.

-----------------------------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**BARNES & NOBLE, INC.,**
*Defendant-Appellee.*

────────────────────

2013-1522, 2014-1090

────────────────────

Appeals from the United States District Court for the District of Delaware in No. 12-CV-0141, Judge Sue L. Robinson.

-----------------------------------------------------------------

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**EXPEDIA, INC.,**
*Defendant-Appellee.*

―――――――――――――――

2013-1523, 2014-1081

―――――――――――――――

Appeals from the United States District Court for District of Delaware in No. 12-CV-0142 United States District Judge Sue L. Robinson.

―――――――――――――――

**ON MOTION**

―――――――――――――――

**O R D E R**

Walker Digital, LLC moves without opposition to consolidate appeals 2014-1077, 2014-1080, 2014-1081, and 2014-1090 with previously consolidated appeals 2013-1520, 2013-1521, 2013-1522, and 2013-1523 for briefing only. Walker Digital, LLC also moves for an extension of time to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Walker Digital, LLC's consolidated opening brief is due February 27, 2014.

          FOR THE COURT

          /s/ Daniel E. O'Toole
          Daniel E. O'Toole
          Clerk of Court

4                              WALKER DIGITAL, LLC v. EXPEDIA, INC.

s26

Case: 13-1520    Document: 50    Page: 4    Filed: 02/06/2014