# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

WALKER DIGITAL, LLC,

                                                  Plaintiff-Appellant,

v.

EXPEDIA, INC., and AMAZON.COM, INC., and
AMERICAN AIRLINES, INC., and ZAPPOS.COM, INC.,

                                                  Defendants-Appellees.
_____

No. 2013-1520, 2014-1080
_____

Appeal from the United States District Court for the District of Delaware in
Case No. 11-cv-313-SLR, Judge Sue L. Robinson

---

## PLAINTIFF'S- APPELLANT'S MOTION TO WITHDRAW COUNSEL

Plaintiff-Appellant Walker Digital, LLC ("Walker Digital") respectfully requests that this Court enter an Order withdrawing Timothy E. Grochocinski of InnovaLaw, P.C. as counsel of record for Plaintiff-Appellant Walker Digital, LLC in the above captioned appeals and terminating all CM/ECF notifications to Mr. Grochocinski in connection with the above captioned matters. All other counsel of record will continue to represent Walker Digital in the above-captioned

matters. Defendant-Appellants do not oppose this motion, and the granting of this motion will impose no delay and will not affect any deadlines in the case.

Dated: December 16, 2014            Respectfully submitted,

By:/s/ Timothy E. Grochocinski
Timothy E. Grochocinski
INNOVALAW, P.C.
15020 S. Ravinia Ave. Suite 29
Orland Park, Illinois 60462
Telephone: (708)675-1974
Facsimile: (708)675-1786
teg@innovalaw.com

Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Timothy D. Krieger
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
tkrieger@simonlawpc.com

## **CERTIFICATE OF SERVICE**

I certify that on December 16, 2014, the foregoing document:

**PLAINTIFF'S- APPELLANT'S MOTION TO WITHDRAW COUNSEL**

was served on all parties or their counsel of record via the Court's CM/ECF system at the email address listed below:

Jeffrey S. Love
Garth A. Winn
Klaus H. Hamm
Kristen L. Reichenbach
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
jeffrey.love@klarquist.com
garth.winn@klarquist.com
klaus.hamm@klarquist.com
kristen.reichenbach@klarquist.com

Ahmed J. Davis
Fish & Richardson, P.C.
1425 K Street, N.W.
Washington, DC 20005
ajd@fr.com

Neil McNabnay
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com

***COUNSEL FOR AMAZON. COM, INC. AND ZAPPOS.COM, INC.***

***COUNSEL FOR EXPEDIA, INC.***

/s/ *Timothy E. Grochocinski*
       Timothy E. Grochocinski